**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF SOUTH CAROLINA**

| | |
|---|---|
| IN RE: AQUEOUS FILM-FORMING FOAMS PRODUCTS LIABILITY LITIGATION | MDL No. 2:18-mn-2873-RMG |

**SHORT FORM COMPLAINT AND JURY DEMAND**

The Plaintiffs named herein through Exhibit A file this Short Form Complaint and Jury Demand against Defendants named below by and through their undersigned counsel and as permitted by Case Management Order ("CMO") No. 35. This Short Form Complaint is being utilized, permitted and filed in the interests of judicial economy and takes an abbreviated form. Whether and when there will be non-short form complaints and answer(s) will be the subject of further discussions among counsel and the Court. Plaintiffs' Leadership and Defendants' Leadership have stipulated and agreed that at this time and until further Order of the Court, they will not assert that any Short Form Complaint (1) fails to state a cognizable cause of action, (2) fails to state a claim upon which relief may be granted, (3) fails to plead allegations with sufficient particularity, or (4) any other defenses related to insufficiency of pleadings. Plaintiffs' Leadership and Defendants' Leadership have further stipulated and agreed that until further Order of the Court, they will not file motions pursuant to Rule 12(b)(6) against any filed Short Form Complaints asserting a failure to plead allegations with specificity, or failing to meet the requirements of Fed. R. Civ. P. 8. Motion practice on the individual personal injury Complaints subject to this Order shall be stayed and may proceed only upon leave of Court and with the protections afforded under CMO 35. Use of this Short Form Complaint will not be permitted after the expiration of the Filing Facilitation Window as set forth by this Court in CMO 35.

**Plaintiffs**

1. Plaintiffs listed in attached Exhibit A allege exposure to Perfluoroalkyl and Polyfluoroalkyl Substances ("PFAS") due to Aqueous Film-Forming Foam ("AFFF"). As a result of exposure to AFFF, Plaintiffs (and/or Decedents) endured pain and suffering, emotional distress, mental anguish, economic injuries, and personal injuries as described below.

2. Plaintiffs allege the plaintiff-specific information listed in Exhibit A.

**Defendants**

3. Plaintiffs bring suit against the following defendants (list all defendants being named):

| | |
|---|---|
| Defendant 1 | 3M COMPANY, f/k/a MINNESOTA MINING AND MANUFACTURING CO. |
| Defendant 2 | AGC CHEMICALS AMERICAS, INC. |
| Defendant 3 | AMEREX CORP. |
| Defendant 4 | ARCHROMA US, INC. |
| Defendant 5 | ARKEMA, INC. |
| Defendant 6 | BASF CORP. |
| Defendant 7 | BUCKEYE FIRE EQUIPMENT CO. |
| Defendant 8 | CARRIER GLOBAL CORP. |
| Defendant 9 | CHEMDESIGN PRODUCTS, INC. |
| Defendant 10 | CHEMGUARD, INC. |
| Defendant 11 | CHEMICALS, INC. |
| Defendant 12 | THE CHEMOURS CO. |
| Defendant 13 | CHEMOURS COMPANY FC, L.LC. |
| Defendant 14 | CHUBB FIRE, LTD. |
| Defendant 15 | CLARIANT CORP. |
| Defendant 16 | CORTEVA, INC. |
| Defendant 17 | DEEPWATER CHEMICALS, INC. |
| Defendant 18 | DU PONT DE NEMOURS, INC. f/k/a DOWDUPONT, INC. |
| Defendant 19 | DYNAX CORP. |
| Defendant 20 | E.I. DU PONT DE NEMOURS AND COMPANY |
| Defendant 21 | KIDDE P.L.C., INC. |
| Defendant 22 | NATION FORD CHEMICAL CO. |
| Defendant 23 | NATIONAL FOAM, INC. |
| Defendant 24 | TYCO FIRE PRODUCTS, L.P. as successor-in-interest to THE ANSUL COMPANY |
| Defendant 25 | UNITED TECHNOLOGIES CORP. |
| Defendant 26 | UTC FIRE & SECURITY AMERICAS CORPORATION, INC. |

**Jurisdiction and Venue**

4. Plaintiff alleges jurisdiction based on:

    ☒ Diversity

    ☒ Federal Question

    ☐ The "Mass Action" provisions of the Class Action Fairness Act ("CAFA"), which include the requirements under 28 U.S.C. § 1332(d)(11)

    ☒ Other: Racketeer Influenced and Corrupt Organizations Act, Comprehensive Environmental Response, Compensation, and Liability Act Pursuant to 18 U.S.C. § 1961, *et seq*

5. Plaintiffs designate the District Courts indicated on Exhibit A as the "Home Venue" defined as the proper venues of origin where the claim(s) could have overwise been brought pursuant to 28 U.S.C. § 1391.

**Plaintiff's Allegations of Exposure**

6. Plaintiffs allege exposure to PFAS, as described in Exhibit A, as a result of:

    - Direct exposure to AFFF (i.e. use or handling of AFFF); and/or
    - Exposure to drinking water contaminated with PFAS as a result of AFFF; and/or
    - Exposure to turnout gear ("TOG") containing PFAS.

   The specific exposure alleged by each plaintiff is indicated in Exhibit A.

**Plaintiff's Alleged Injuries**

7. Plaintiffs allege one more of the following personal injuries as described in Exhibit A:

    Kidney Cancer
    Testicular Cancer
    Thyroid Disease
    Ulcerative Colitis
    Liver Cancer
    Thyroid Cancer

8. Plaintiffs have not described or alleged secondary injuries, damages, or sequela of the injuries

3

alleged above. Plaintiffs reserve the right to seek damages for all such secondary injuries, damages, or sequela attributable to the injuries alleged above.

## Causes of Action

9. The specific causes of action Plaintiff(s) can adopt(s) and incorporate(s) by reference as if set forth fully herein, are the following Causes of Action, of which each Plaintiff on Exhibit A adopts and alleges such Causes as indicated on Exhibit A:

> Count I - Defective Design
> Count II - Failure to Warn
> Count III - Negligence
> Count IV - Negligence Per Se
> Count V - Trespass and Battery
> Count VI - Strict Product Liability
> Count VII - Market Share Liability, Alternative Liability, Concert of Action, and Enterprise Liability
> Count VIII - Concealment, Misrepresentation, and Fraud
> Count IX - Conspiracy
> Count X - Wrongful Death
> Count XI - Loss of Consortium
>
> Other Causes of Action:
> Count XII- Survival Action
> Count XIII – Violation of Racketeer Influenced and Corrupt Organizations Act Pursuant to 18 U.S.C. § 1961, et seq
> Count XIV – Breach of Express and Implied Warranties
> Count XV – Wantonness
> Count XVI – Punitive Damages
> Count XVII – Discovery Rule Tolling Statute of Limitations
> Count XVIII – Fraudulent Concealment Tolling Statute of Limitations
> Count XIX– 42 U.S.C. § 9658 Tolling Statute of Limitations
> Count XX –
> Others
> _____
> _____
> _____

## Jury Demand

10. Plaintiffs demand a trial by jury as to all claims in this action.

4

Date: <u>September 4, 2025</u>

                                        Respectfully Submitted,

                                        <u>/s/ *Timothy J. Young*</u>
                                        TIMOTHY J. YOUNG (22677)
                                        **THE YOUNG FIRM**
                                        400 Poydras Street, Suite 2090
                                        New Orleans, Louisiana 70130
                                        Telephone (504) 680-4100
                                        Facsimile (504) 680-4101
                                        tjy@theyoungfirm.com
                                        Attorney for Plaintiffs

| Plaintiff Name | DOB | State of Residence | Home Venue | Direct Exposure to AFFF | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies | Causes of Action |
|---|---|---|---|---|---|---|---|---|
| Ahern, Brian | 10/18/1957 | Texas | Western District of Texas, San Antonio Division | N/A | ✓ | N/A | Kidney Cancer | I to XIX |
| Allen, Pamela | 9/10/1952 | Virginia | Western District of Virginia, Harrisonburg Division | N/A | ✓ | N/A | Kidney Cancer | I to XIX |
| Allen, Wayne | 5/12/1946 | Arizona | District of Arizona | N/A | ✓ | N/A | Kidney Cancer | I to XIX |
| Wonsley, Marsha o/b/o Deceased, Arrington, Cadessa | 2/29/1932 | Pennsylvania | Eastern District of Pennsylvania | N/A | ✓ | N/A | Kidney Cancer | I to XIX |
| Balkema, Joel | 5/18/1977 | Michigan | Western District of Michigan, Southern Division | N/A | ✓ | N/A | Testicular Cancer | I to XIX |
| Ballard, Stephano | 6/22/1958 | Arizona | District of Arizona | N/A | ✓ | N/A | Kidney Cancer | I to XIX |
| Barnes, Eric | 6/5/1982 | Texas | Southern District of Texas, Houston Division | N/A | ✓ | N/A | Testicular Cancer | I to XIX |
| Bauer, Debra | 1/27/1955 | Ohio | District of Arizona | N/A | ✓ | N/A | Kidney Cancer | I to XIX |
| Beardsley, Barbara | 3/30/1945 | New Hampshire | District of New Hampshire | N/A | ✓ | N/A | Kidney Cancer | I to XIX |
| Beene, William | 8/7/1954 | Louisiana | Western District of Louisiana | N/A | ✓ | N/A | Kidney Cancer | I to XIX |
| Berg, Jodie | 3/28/1961 | New York | Eastern District of New York | N/A | ✓ | N/A | Kidney Cancer | I to XIX |
| Bigman, Elston | 11/8/1964 | California | Eastern District of California, Sacramento Division | N/A | ✓ | N/A | Testicular Cancer | I to XIX |
| Borrelli, David | 7/30/1980 | Connecticut | District of Connecticut | N/A | ✓ | N/A | Kidney Cancer | I to XIX |
| Buscher, Joan | 9/1/1957 | Nevada | District of Nevada | N/A | ✓ | N/A | Kidney Cancer | I to XIX |
| Butcher, Robert | 4/28/1976 | California | Central District of California, Eastern Division | N/A | ✓ | N/A | Kidney Cancer | I to XIX |
| Byrne, Dennis | 7/25/1971 | Massachusetts | District of Massachusetts, Eastern Division | N/A | ✓ | N/A | Kidney Cancer | I to XIX |
| Caruso, Charles | 6/16/1948 | New Jersey | District of New Jersey | N/A | ✓ | N/A | Testicular Cancer | I to XIX |
| Casey, Peter | 12/5/1949 | Massachusetts | District of Massachusetts, Central Division | N/A | ✓ | N/A | Kidney Cancer | I to XIX |
| Chavez, Jr., Felipe | 1/7/1968 | Colorado | District of Colorado | N/A | ✓ | N/A | Kidney Cancer | I to XIX |
| Collins, John | 12/26/1953 | Connecticut | District of Connecticut | N/A | ✓ | N/A | Testicular Cancer | I to XIX |
| Collins, Serina | 6/3/1949 | Florida | Northern District of Florida, Tallahassee Division | N/A | ✓ | N/A | Kidney Cancer | I to XIX |
| Degnan, Brian | 8/25/1964 | Florida | Middle District of Florida, Orlando Division | N/A | ✓ | N/A | Kidney Cancer | I to XIX |
| Depina, Martha | 5/11/1945 | California | Eastern District of California, Fresno Division | N/A | ✓ | N/A | Kidney Cancer | I to XIX |
| Derian, Joseph | 1/17/1962 | Texas | Northern District of Texas, Dallas Division | N/A | ✓ | N/A | Testicular Cancer | I to XIX |
| Doudera, Naomi | 5/8/1954 | New York | Eastern District of New York | N/A | ✓ | N/A | Kidney Cancer | I to XIX |
| Douglas, Carol | 7/3/1952 | Texas | Eastern District of Texas, Tyler Division | N/A | ✓ | N/A | Kidney Cancer | I to XIX |
| Efird, Landon | 4/27/1970 | North Carolina | Western District of North Carolina, Charlotte Division | ✓ | ✓ | N/A | Kidney Cancer | I to XIX |
| Evans, Antoinette | 3/1/1970 | North Carolina | Eastern District of North Carolina, Western Division | N/A | ✓ | N/A | Kidney Cancer | I to XIX |
| Fallquist, Robert | 5/5/1945 | California | Eastern District of California, Fresno Division | N/A | ✓ | N/A | Kidney Cancer | I to XIX |
| Feldman, Paul | 2/10/1961 | New York | Northern District of New York, Albany Division | N/A | ✓ | N/A | Kidney Cancer | I to XIX |

| Plaintiff Name | DOB | State of Residence | Home Venue | Direct Exposure to AFFF | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies | Causes of Action |
|---|---|---|---|---|---|---|---|---|
| Foster, James | 6/26/1963 | Texas | Western District of Texas, Waco Division | N/A | ✓ | N/A | Kidney Cancer | I to XIX |
| Godwin, Hershell | 1/12/1956 | Alabama | Middle District of Alabama, Southern Division | N/A | ✓ | N/A | Kidney Cancer | I to XIX |
| Gomes, Pamela | 6/28/1960 | Washington | Western District of Washington, Tacoma Division | N/A | ✓ | N/A | Kidney Cancer | I to XIX |
| Gomez, John | 4/5/1966 | Massachusetts | District of Massachusetts, Eastern Division | N/A | ✓ | N/A | Testicular Cancer | I to XIX |
| Gutierrez, Jr., Sofio | 10/20/1953 | Texas | Western District of Texas, San Antonio Division | N/A | ✓ | N/A | Testicular Cancer | I to XIX |
| Harris, Arthur | 9/8/1964 | North Carolina | Eastern District of North Carolina, Eastern Division | N/A | ✓ | N/A | Kidney Cancer | I to XIX |
| Harris, John | 12/29/1971 | Colorado | District of Colorado | N/A | ✓ | N/A | Kidney Cancer | I to XIX |
| Harrold, John | 5/1/1953 | New Jersey | District of New Jersey | N/A | ✓ | N/A | Kidney Cancer | I to XIX |
| Hill, Larry | 11/7/1988 | Pennsylvania | Eastern District of Pennsylvania | N/A | ✓ | N/A | Testicular Cancer | I to XIX |
| Hiu, Deric | 4/6/1965 | California | Eastern District of California, Sacramento Division | N/A | ✓ | N/A | Kidney Cancer | I to XIX |
| Howard, Maria | 12/28/1955 | California | Eastern District of California, Sacramento Division | N/A | ✓ | N/A | Kidney Cancer | I to XIX |
| Idzinski, Cynthia | 3/19/1952 | California | Eastern District of California, Sacramento Division | N/A | ✓ | N/A | Kidney Cancer | I to XIX |
| Jarrett, Alan | 3/10/1959 | Pennsylvania | Western District of Pennsylvania, Pittsburgh Division | N/A | ✓ | N/A | Kidney Cancer | I to XIX |
| Kane, Marie | 3/6/1942 | Massachusetts | District of Massachusetts, Eastern Division | N/A | ✓ | N/A | Kidney Cancer | I to XIX |
| Kelland, Daniel | 10/14/1983 | Texas | Northern District of Texas, Dallas Division | N/A | ✓ | N/A | Kidney Cancer | I to XIX |
| Kline, Richard | 10/20/1948 | Missouri | Western District of Missouri, Kansas City Division | N/A | ✓ | N/A | Kidney Cancer | I to XIX |
| Klinger, Barbara | 1/11/1954 | New Jersey | District of New Jersey | N/A | ✓ | N/A | Kidney Cancer | I to XIX |
| Koski, Dina | 1/23/1948 | New York | Eastern District of New York | N/A | ✓ | N/A | Kidney Cancer | I to XIX |
| Koufodontis, Katherine | 10/2/1951 | California | Central District of California, Western Division | N/A | ✓ | N/A | Kidney Cancer | I to XIX |
| Lane, Willie | 12/17/1949 | South Carolina | District of South Carolina, Columbia Division | N/A | ✓ | N/A | Kidney Cancer | I to XIX |
| Lantello, Richard | 1/27/1949 | California | Central District of California, Southern Division | N/A | ✓ | N/A | Kidney Cancer | I to XIX |
| Laplante, Jerry | 10/10/1981 | Washington | Western District of Washington, Tacoma Division | N/A | ✓ | N/A | Testicular Cancer | I to XIX |
| Law, Anthony | 12/2/1946 | Florida | Middle District of Florida, Ocala Division | N/A | ✓ | N/A | Kidney Cancer | I to XIX |
| Leanin, Kenneth | 5/5/1945 | Michigan | Western District of Michigan, Southern Division | N/A | ✓ | N/A | Kidney Cancer | I to XIX |
| Leonard, Bo | 5/15/1961 | Alabama | Middle District of Alabama, Northern Division | N/A | ✓ | N/A | Testicular Cancer | I to XIX |
| Lopez, Judith | 8/10/1939 | Texas | Western District of Texas, El Paso Division | N/A | ✓ | N/A | Kidney Cancer | I to XIX |
| Mantz, Cara | 6/7/1963 | Massachusetts | District of Massachusetts, Central Division | N/A | ✓ | N/A | Kidney Cancer | I to XIX |
| Manuszak, Joseph | 4/2/1969 | California | Central District of California, Southern Division | N/A | ✓ | N/A | Testicular Cancer | I to XIX |
| McCann, William | 12/27/1958 | Kentucky | Eastern District of Kentucky, Lexington Division | N/A | ✓ | N/A | Kidney Cancer | I to XIX |
| McDonough, Kathleen | 7/11/1950 | Texas | Southern District of Texas, Houston Division | N/A | ✓ | N/A | Kidney Cancer | I to XIX |
| Mendoza, Denise | 5/5/1992 | California | Eastern District of California, Fresno Division | N/A | ✓ | N/A | Kidney Cancer | I to XIX |

| Plaintiff Name | DOB | State of Residence | Home Venue | Direct Exposure to AFFF | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies | Causes of Action |
|---|---|---|---|---|---|---|---|---|
| Merlo, Richard | 12/25/1953 | California | Eastern District of California, Fresno Division | N/A | ✓ | N/A | Kidney Cancer, Prostate Cancer | I to XIX |
| Montoya, Anthony | 9/30/1985 | Colorado | District of Colorado | N/A | ✓ | N/A | Testicular Cancer | I to XIX |
| Moran, Christopher | 9/4/1972 | Virginia | Eastern District of Virginia, Alexandria Division | N/A | ✓ | N/A | Kidney Cancer, Ulcerative Colitis | I to XIX |
| Smith, Linda | 7/24/1961 | Florida | Southern District of Florida, West Palm Beach Division | N/A | ✓ | N/A | Kidney Cancer | I to XIX |
| Murphy, Gerald | 4/12/1960 | Massachusetts | District of Massachusetts, Eastern Division | N/A | ✓ | N/A | Kidney Cancer | I to XIX |
| Musolino, Sally | 11/12/1956 | Oregon | District of Oregon | N/A | ✓ | N/A | Kidney Cancer | I to XIX |
| Myrick, Michael | 3/17/1952 | California | Eastern District of California, Sacramento Division | N/A | ✓ | N/A | Kidney Cancer | I to XIX |
| Nagel, Henry | 5/18/1943 | Pennsylvania | Eastern District of Pennsylvania | N/A | ✓ | N/A | Kidney Cancer | I to XIX |
| Naufahu, Pangia | 2/27/1961 | California | Central District of California, Southern Division | N/A | ✓ | N/A | Kidney Cancer | I to XIX |
| Nelson, Jr., Charles o/b/o deceased, Nelson, Sr., Charles | 11/7/1949 | New Jersey | District of New Jersey | N/A | ✓ | N/A | Prostate Cancer; Testicular Cancer | I to XIX |
| Nonnemaker, Charles | 2/29/1964 | Pennsylvania | Eastern District of Pennsylvania | N/A | ✓ | N/A | Testicular Cancer | I to XIX |
| O'Brien, Tim | 8/23/1960 | Massachusetts | District of Massachusetts, Eastern Division | N/A | ✓ | N/A | Kidney Cancer | I to XIX |
| Owens, William | 4/20/1952 | Illinois | Northern District of Illinois, Eastern Division | N/A | ✓ | N/A | Kidney Cancer | I to XIX |
| O'Kelley, Matilda | 1/11/1946 | Louisiana | Western District of Louisiana | N/A | ✓ | N/A | Kidney Cancer | I to XIX |
| Pavusa, Tricia | 11/24/1969 | Alabama | Northern District of Alabama, Northeastern Division | N/A | ✓ | N/A | Kidney Cancer | I to XIX |
| Penniman, Mary obo deceased, Penniman, Clifford | 3/5/1940 | Massachusetts | District of Massachusetts, Central Division | N/A | ✓ | N/A | Kidney Cancer | I to XIX |
| Radzicki, Patricia | 8/12/1953 | New Jersey | District of New Jersey | N/A | ✓ | N/A | Kidney Cancer | I to XIX |
| Ray, Austin | 4/21/1976 | Texas | Southern District of Texas, Galveston Division | N/A | ✓ | N/A | Testicular Cancer | I to XIX |
| Resh, Marci | 6/3/1966 | California | Central District of California, Southern Division | N/A | ✓ | N/A | Kidney Cancer | I to XIX |
| Ripa, Lloyd | 10/16/1942 | Rhode Island | District of Rhode Island | N/A | ✓ | N/A | Kidney Cancer | I to XIX |
| Samuel, James | 9/27/1952 | North Carolina | Middle District of North Carolina, Greensboro Division | N/A | ✓ | N/A | Testicular Cancer | I to XIX |
| Scott, Mary | 9/22/1959 | Massachusetts | District of Massachusetts, Eastern Division | N/A | ✓ | N/A | Kidney Cancer | I to XIX |
| Seitz, Russell | 2/2/1958 | Pennsylvania | Eastern District of Pennsylvania | N/A | ✓ | N/A | Kidney Cancer | I to XIX |